In the Matter of JOHN J. BENNETT, JR., as Attorney-General of
the State of New York, Petitioner.
AMERICAN-CANADIAN AMBULANCE CORPS, INC., Respondent.

Supreme Court, Special Term, New York County, October 3, 1942.

*John J. Bennett, Jr., Attorney-General (Oscar S. Mann* of
counsel), for petitioner.

*Hyman Frank* for respondent, but not opposing.

PECORA, J.   This is an application by the Attorney-General
to vacate the charter and annul the corporate existence of the
American-Canadian Ambulance Corps, Inc., a membership cor-
poration organized under the laws of this State on or about
October 27, 1941.

The ostensible purposes for which the corporation was formed
are stated in its charter in impressive language.  They are cer-
tainly commendable, including, as they do, the purchase and
donation of ambulances and field kitchens to American and
Canadian armed forces engaged in overseas service.

An investigation conducted by the Attorney-General reveals,
among other things, that forty per .cent of the sums collected
in the form of contributions and membership dues was used,
not to effectuate the organization's avowed aims, but for the
payment of solicitors' commissions.

Such operation of an enterprise of this nature constitutes a
particularly contemptible form of war profiteering.  It serves to
divert money, given by a generous public for worthy objects,
into the pockets of sordid exploiters of those patriotic impulses
of our people which are so readily appealed to in these tragic
war times.   The scheme is a shabby subterfuge to enable its
creators to realize profits, through the medium of a membership

corporation, which under the provisions of section 2 of the Membership Corporations Law is required to be of a non-profit-making character. (*Matter of Rockefeller,* 177 App. Div. 786, 792.)

The motion of the Attorney-General is granted. Order signed.